**Electronically Filed
Supreme Court
SCPW-20-0000582
13-OCT-2020
10:18 AM
Dkt. 6 ODDP**

SCWC-20-0000582

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

EDMUND M. ABORDO, Petitioner,

vs.

THE HONORABLE JEFFREY P. CRABTREE, Judge of the Circuit Court of the First Circuit, State of Hawaiʻi, Respondent Judge,

and

ISLAND INSURANCE HAWAII COMPANY; CALVIN MATSUSHIMA; ENTERPRISE RENT A CAR; and JULIE STEPHENSON, Respondents.

ORIGINAL PROCEEDING
(CIV. NO. 1CC191000393)

ORDER DENYING PETITION FOR WRIT OF PROHIBITION
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Valenciano, assigned by reason of vacancy)

Upon consideration of petitioner Edmund M. Abordo's petition for writ of prohibition, filed on September 28, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief from this court and may seek relief in an appeal from a final judgment entered in the underlying case as provided by law.

See <u>Honolulu Adv., Inc. v. Takao</u>, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of prohibition "is an extraordinary remedy . . . to restrain a judge of an inferior court from acting beyond or in excess of his jurisdiction"); <u>Gannett Pac. Corp. v. Richardson</u>, 59 Haw. 224, 226, 580 P.2d 49, 53 (1978) (a writ of prohibition is not meant to serve as a legal remedy in lieu of normal appellate procedures).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of prohibition is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of prohibition without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, October 13, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Randal G.B. Valenciano

2